# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2504
LT Case No. 2019-CA-002279

_____

CHARLES J. GRAPSKI,

    Appellant,

    v.

CITY OF ALTAMONTE SPRINGS,
FLORIDA, ENCOMPASS HEALTH
REHABILITATION HOSPITAL of
ALTAMONTE SPRINGS, FLORIDA,
LLC, JILL JORDAN, JEFFREY
GARNER, and CHARLES E.
GRAPSKI,

    Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Randy B. Lanigan, of Lanigan & Lanigan, PL, Winter Park, for
Appellant.

Patricia M. Rego Chapman, of Dean, Ringers, Morgan & Lawton,
P.A., Orlando, for Appellees, City of Altamonte Springs and
Jeffrey Garner.

No Appearance for Remaining Appellees.

August 23, 2024

PER CURIAM.

Charles J. Grapski appeals two orders of dismissal. The order rendered July 12, 2023, dismissed all remaining claims against the City of Altamonte Springs. We have jurisdiction, *see* Fla. R. App. P. 9.110(k), and affirm.

The order rendered June 26, 2023, granted in part and denied in part Jeffery Garner's motion to dismiss. Because the issue raised on appeal overlaps and is interrelated with other pending claims, we dismiss the appeal of order rendered June 26, 2023, as premature. *See Pohlman v. Aqua Condo. Devs., Ltd.*, 992 So. 2d 288, 289 (Fla. 1st DCA 2008).[1]

AFFIRMED in part; DISMISSED in part.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

---

[1] Although jurisdiction was not raised by either party, "we have an independent duty to determine whether we have appellate jurisdiction." *Coast to Coast Process Piping, LLC v. Liquid Consulting, Inc.*, 357 So. 3d 1238, 1239 n.1 (Fla. 5th DCA 2022) (quoting *Almacenes El Globo De Quito, S.A. v. Dalbeta L.C.*, 181 So. 3d 559, 561 (Fla. 3d DCA 2015)).

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____